**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

          Plaintiff(s),

  vs.

AMELCO ELECTRIC SAN FRANCISCO, INC.,
et al.,

          Defendant(s).

_____/

No. C 05-2492 (MEJ)

**ORDER GRANTING DEFENDANTS'
REQUEST TO PERMIT ALTERNATIVE
MEET AND CONFER PROCEDURE**

     The Court is in receipt of Defendants' request to permit alternative meet and confer procedures to

satisfy the in-person meet and confer requirement for discovery disputes in this matter.  Good cause

appearing, the Court hereby GRANTS Defendants' request.  However, should it become apparent that the

parties are not complying with the spirit of the meet and confer requirement, they shall be required to meet

and confer in person for any further disputes.

     **IT IS SO ORDERED.**

Dated:  November 28, 2005

_____
MARIA-ELENA JAMES
United States Magistrate Judge