1  WILLIAM R. TAMAYO - #084965 (CA)
   DAVID OFFEN-BROWN - #063321 (CA)
2  RAYMOND T. CHEUNG - #176086 (CA)
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
3  San Francisco District Office
   350 The Embarcadero, Suite 500
4  San Francisco, CA 94105
   Telephone:    (415) 625-5649
5  Facsimile:    (415) 625-5657
   raymond.cheung@eeoc.gov
6
   Attorneys for Plaintiff  EQUAL EMPLOYMENT
7  OPPORTUNITY COMMISSION

8  DAVID B. SIMPSON - #106326 (CA)
   WOLFLICK & SIMPSON
9  180 North Brand Boulevard, Suite 410
   Glendale, Califonia 91203
10 Telephone:    (818) 243-8300
   Facsimile:    (818) 243-0122
11 dave@wolfsim.com

12 Attorneys for Defendants AMELCO ELECTRIC
   S. F. INC. and AMELCO CORPORATION
13

14                     UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17 EQUAL EMPLOYMENT OPPORTUNITY )    Case No.  C 05-02492  MEJ  (MED)
   COMISSION,                   )
18                              )
                   Plaintiff,   )    **STIPULATED REQUEST**
19                              )    **TO BRIEFLY EXTEND DEADLINE**
         v.                     )    **FOR CONDUCTING MEDIATION;**
20                              )    **AND ORDER THEREON**
   AMELCO ELECTRIC SAN FRANCISCO, INC. )
21 AND AMELCO CORPORATION,      )
                                )    Proposed Mediation Date:  Feb. 8, 2006
22                              )             Mediator: Michael W. Bien
                   Defendants.  )
23                              )
                                )
24 ─────────────────────────────

25     Plaintiff EQUAL EMPLOYMENT OPPORTUNITY COMMISSION and Defendants AMELCO

26 ELECTRIC S.F. INC. and AMELCO CORPORATION, by and through their respective undersigned

27 counsel, here by stipulate, and by this Stipulation request the Court's approval, pursuant to Local Rule

28 6-2, and ADR Local Rule 6-4(b), to the following:

                                              1

**STIPULATED REQUEST TO BRIEFLY EXTEND DEADLINE FOR CONDUCTING MEDIATION,
AND ORDER THEREON**

1.     By this Stipulation, the parties respectfully request a brief extension of the deadline for conducting a Mediation in this case, and a corresponding waiver of the Motion/timing requirements for requesting such an extension, to permit a Mediation to occur on February 8, 2006, a date agreed to (subject, of course, to the Court's approval) by all parties, all counsel, and by the Mediator.

2.     This case was referred to Mediation before Mediator Michael Bien. Our current deadline for holding the Mediation is January 18, 2006, and a Mediation was set for January 18. Unfortunately, a (somewhat disputed) scheduling issue unexpectedly arose at the last minute, relating to the timing of the Mediator's receipt of a Mediation Statement, causing the Mediator to declare a desire/need to continue the Mediation.   All parties, all counsel and the Mediator have cooperated in identifying the next globally-available date for Mediation as **February 8, 2006.**  Everyone has reserved that date.

3.     Counsel realize that pursuant to ADR Local Rule 6-4(b) and the ADR Handbook, Mediations are to be held within 90 days of the referral to Mediation unless the Court for "*good cause*" orders otherwise.  The parties submit that such "*good cause*" exists for this requested extension:

(A)     Per LR 6-2(a)(1) and ADR Local Rule 6-5(b)(1), the reasons for this Request are that the Mediator unexpectedly declared a need/desire for a continuance, the parties have cooperated and desire a new date that will satisfy everyone.  The February 8 date will accomplish that, requiring just a brief extension of the normal, 90-day deadline for Mediations.

(B)     Per ADR Local Rule 6-5(b)(2), all parties concur in this Request.

(C)     Per LR 6-2(a)(1), no prior extensions of this or any other deadline have been requested or granted in this case.

(D)     Per LR 6-2(a)(2), this requested time modification will not affect any other scheduled due dates or deadlines for this case.

4.     Prior to filing this Stipulated Request, undersigned defense counsel contact this Court's courtroom deputy clerk, who referred counsel to the Court's law clerk, for advice on the accepted format for presenting this Request.

**STIPULATED REQUEST TO BRIEFLY EXTEND DEADLINE FOR CONDUCTING MEDIATION,
AND ORDER THEREON**

5. This Stipulated Request is not presented for purposes of delay. Rather it is presented in good faith by diligent parties in an effort to re-calendar an important Mediation for this case.

6. For the reasons stated, the parties hereby respectfully request that this Stipulation be accepted as and when presented, and that, for good cause shown, this Court hereby extend the deadline for the conduct of a Mediation in this case to, and including, February 8, 2006, in order for a Mediation to be conducted in this case on that date.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Dated: January 18, 2006.   By   **/s/ Raymond T. Cheung**
                                  RAYMOND T. CHEUNG
                                  Attorneys for Plaintiff EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

WOLFLICK & SIMPSON

Dated: January 18, 2006.   By   **/s/ David Simpson**
                                  DAVID B. SIMPSON
                                  Attorneys for Defendants AMELCO ELECTRIC S. F. INC. and AMELCO CORPORATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 18, 2006   _____
                          HON. MARIA-ELENA JAMES
                          United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Maria-Elena James*

3

**STIPULATED REQUEST TO BRIEFLY EXTEND DEADLINE FOR CONDUCTING MEDIATION, AND ORDER THEREON**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 130 North Brand Boulevard, Glendale, California 91203.

On January 18, 2006, I served the foregoing document described as: **STIPULATED REQUEST TO BRIEFLY EXTEND DEADLINE FOR CONDUCTING MEDIATION; AND ORDER THEREON** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Raymond T. Cheung
Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero
Suite 500
San Francisco, California 94105-1260

ADR Unit- U.S. District Court
450 Golden Gate Avenue
San Francisco, California 94102

Michael W. Bien
Rosen, Bien & Asaro, LLP
155 Montgomery Street, 8th Floor
San Francisco, California 94104

XXX (BY MAIL) as follows: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit of mailing in affidavit.

___ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee(s).

___ (BY OVERNIGHT COURIER) I caused to be delivered via overnight courier to the offices of the addressee(s).

___ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

XXX (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 18, 2006, at Glendale, California.

NARINEH LEON                                    /S/

4

**STIPULATED REQUEST TO BRIEFLY EXTEND DEADLINE FOR CONDUCTING MEDIATION, AND ORDER THEREON**