**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                Plaintiff(s),

  vs.

AMELCO ELECTRIC SAN FRANCISCO, INC.
and AMELCO CORPORATION,

                Defendant(s).
_____/

No. C 05-2492 MEJ

**ORDER VACATING PRETRIAL AND
TRIAL DATES**

      On August 16, 2006, the parties in the above-captioned matter filed a Notice of Settlement

and Settlement Agreement.  (Doc. #21.)  Accordingly, the Court hereby VACATES all pretrial and

trial dates.  The case, however, shall remain open pending the parties' joint stipulation for dismissal

with prejudice.

      **IT IS SO ORDERED.**

Dated: August 17, 2006

                                _____
                                  MARIA-ELENA JAMES
                                  United States Magistrate Judge