WILLIAM R. TAMAYO - 084965 (CA)
DAVID F. OFFEN-BROWN - 063321 (CA)
RAYMOND T. CHEUNG - 176086 (CA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105
Telephone:    (415) 625-5649
Facsimile:    (415) 625-5657
raymond.cheung@eeoc.gov

Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>AMELCO ELECTRIC SAN FRANCISCO and AMELCO CORPORATION,<br><br>　　　　　　　　　　Defendants. | Case No.  05-02492 MEJ<br><br>**DISMISSAL WITH PREJUDICE;** **[PROPOSED]** **ORDER** |

　　　　Pursuant to the terms of the attached Settlement Agreement, the United States Equal Employment Opportunity Commission (EEOC) hereby move to dismiss the above cases with prejudice.

　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,


Dated: August 21, 2006　　　　　　　　　　____/s/_____
　　　　　　　　　　　　　　　　　　　　　　Raymond T. Cheung
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　EQUAL EMPLOYMENT
　　　　　　　　　　　　　　　　　　　　　　OPPORTUNITY COMMISSION

1

1   The Clerk of Court shall close the file.

2       **IT IS SO ORDERED.**

3

4   Dated: August 21, 2006



5                                      U.S. Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DISMISSAL AND ORDER                                                                        CIV NOS. 05-02492 MEJ